UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
DEC 29 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

C 10-5508 JSW

**CONDITIONAL TRANSFER ORDER (CTO-347)**

On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 170 F.Supp.2d 1348 (J.P.M.L. 2001). Since that time, 85,449 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

| |
|---|
| Inasmuch as no objection is pending at this time, the stay is lifted. |
| Dec 23, 2010 |
| CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 12/23/10
ATTEST: Tom Dempsey

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

## SCHEDULE CTO-347 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 10-01707 | Manker v. BNSF Railway Company |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-04713 | Ricco v. Advance Mechanical Contractors, Inc. et al |
| CAN | 3 | 10-05508 | Hensley et al v. AVCO Corporation |
| CAN | 3 | 10-05563 | Leonard v. General Electric Company et al |
| CAN | 4 | 10-05095 | McCoy et al v. Northrop Grumman Shipbuilding, Inc. |
| CAN | 4 | 10-05096 | Gottschall et al v. General Electric Company et al |
| **NEBRASKA** | | | |
| NE | 8 | 10-00450 | Wallman v. BNSF Railway Company |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 10-00223 | Proctor et al v. Crane Co. et al |
| NCW | 1 | 10-00281 | Perkins v. Air &Liquid Systems Corporation et al |
| **VIRGINIA WESTERN** | | | |
| VAW | 5 | 10-00110 | Kiser v. A. W. Chesterton Co. et al |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 10-01967 | Yockey et al v. Bartells Asbestos Settlement Trust et al |